July 31, 2015

Court of Criminal Appeals
Mr. Abel Acosta - Clerk
201 W. 14th St. Rm
Austin, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 06 2015
Abel Acosta, Clerk

Dear Mr. Acosta,

I'm in need of the records you have on my PDR. I do not have the number. I am hoping you can locate the information using my sentencing court information.
Rhonda Glover 7/26/66 DOB - Date of Sentencing 2/23/06 - Travis County #167 Judge Mike Lynch. My PDR was filed by Joseph Lanza and Richard Haynes. My trial Cause # 3041561.
I need a master index please. Also, you can email the invoice to jbegg70566@aol.com. Thank you

for your time ② and assistance.

I am trying to review my entire records. And, I am in need of this PDR for a grievance, Therefore, I do need this as soon as possible.

Best Regards,

Rhonda Glover
1355639

1916 N. Hwy 36 BP
Gatesville, TX 76596